Henry Simmons (33655045)
C.CA leavenworth Kansas
100 Highway Terrace
Leavenworth, Kansas, 66048

NOTICE: This Correspondence was mailed from a correctional institution its contents are uncensored.

RECEIVED
2019 NOV
CLERK, U.S.
WESTERN
KANS

18-356
RK

Kansas City, MO 64106
U.S. District Court

