IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-00356-CR-RK |
| ) | |
| (3) HENRY SIMMONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 9, 2021, Magistrate Judge W. Brian Gaddy issued his Report and Recommendation (Doc. 145) concluding that the Court should deny Defendant's motion for a Wade hearing (Doc. 122). Defendant filed an objection to the Report. (Doc. 149.)

After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Gaddy in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Gaddy (Doc. 145) is **ADOPTED**. It is further

**ORDERED** that Defendant's objection (Doc. 149) is **OVERRULED**. It is further

**ORDERED** that Defendant Henry Simmons's motion for Wade hearing (Doc. 122) is **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 22, 2021