# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 4:18-00356-CR-RK |
| (3) HENRY SIMMONS, | ) ) ) |
| Defendant. | ) |

## ORDER

On July 8, 2021, Magistrate Judge W. Brian Gaddy issued his Report and Recommendation (Doc. 155) concluding that the Court should deny Defendant's to motions to suppress. Docs. 123 & 135. Any objection to the Report and Recommendation was due on July 22, 2021. To date no objection has been filed. After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Gaddy in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Gaddy (Doc. 155) is **ADOPTED**. It is further **ORDERED** that Defendant Henry Simmons's motions to suppress (Docs. 123 & 135) are **DENIED**.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 20, 2021